Daniel F. Fears, Bar No. 110573
Jane M. Flynn, Bar No. 167466
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
E-Mail: dff@paynefears.com;
jmf@paynefears.com

Attorneys for Defendants
THE BOEING COMPANY and BRIAN E.
MOSDELL




LODGED

2007 SEP 11 PM 2:08

SEND
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CORINA AGUILERA, and individual,

Plaintiff,

v.

THE BOEING COMPANY, BRIAN E. MOSDELL,

Defendants.

CASE NO. CV06-7659 DSF (AJWx)

STIPULATION FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER




IT IS HEREBY STIPULATED by and between Plaintiff Corina Aguilera ("Aguilera") and Defendants The Boeing Company and Brian Mosdell, through their counsel of record, that all claims for relief in the above-captioned action brought by Aguilera be and hereby are dismissed in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear their own costs and attorney's fees.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

ORIGINAL



DATED: 9/7/07

PAYNE & FEARS LLP

By: [signature]
DANIEL F. FEARS
JANE M. FLYNN

Attorneys for Defendants THE BOEING COMPANY and BRIAN E. MOSDELL

DATED: 7/24/07

LAW OFFICES OF ALAN BURTON NEWMAN

By: [signature]
ALAN BURTON NEWMAN

Attorneys for Plaintiff CORINA AGUILERA

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT ALL CLAIMS FOR RELIEF IN THE ABOVE-CAPTIONED ACTION BROUGHT BY PLAINTIFF CORINA AGUILERA AGAINST DEFENDANTS THE BOEING COMPANY AND BRIAN MOSDELL BE, AND HEREBY ARE, DISMISSED IN THEIR ENTIRETY WITH PREJUDICE, EACH SIDE TO BEAR THEIR OWN FEES AND COSTS HEREIN.

IT IS SO ORDERED:

Dated: 9-12-07

[signature]
DALE FISCHER
United States District Court Judge

366783 1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

**PROOF OF SERVICE**

Aguilera v. The Boeing Company

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is Jamboree Center , 4 Park Plaza, Suite 1100, Irvine, CA 92614.

On September 10, 2007 , I served the following document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** on interested parties in this action by plac ing a true copy thereof enclosed in sealed envelopes as follows:

Alan Burton Newman, Esq.
Alan Burton Newman,
A Law Corporation
4344 Promenade Way
Suite 104
Marina del Rey, CA 90292-6281

Tel.: (310) 306-4339
Fax: (310) 821-1883
Attorneys For Plaintiff
CORINA AGUILERA

☒ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is pre sumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

☐ **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

SCANNED

☐ **(By E -Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 10, 2007, at Irvine, California.

GINA SQUITIERI

337335 1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100